# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Deborah Grose, ) | JUDGMENT IN CASE | |
| ) | | |
| Plaintiff, ) | 3:24-cv-00049-MR | |
| ) | | |
| vs. ) | | |
| ) | | |
| Commissioner of Social Security, ) | | |
| ) | | |
| Defendant. ) | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 26, 2024 Order.

June 26, 2024

_[signature]_

Katherine Hord Simon, Clerk
United States District Court